# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD PAGE,

        Plaintiff,

    v.

LOS ANGELES COUNTY JAIL, et al.,

        Defendants.

Case No. CV 10-5263-JVS (JEM)

**JUDGMENT**

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: March 30, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE